MOW 1007-1.2 (05/07)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

IN RE:                              )
                                    )
Janee R. Moon                       )
        Debtor(s)                   ) Case No.
                                    )
                                    )

**DEBTOR'S EVIDENCE OF NO EMPLOYER PAYMENTS**

I, __Janee R. Moon (debtor)__, hereby state and declare under penalty of perjury that (check the box that applies):

☐   I received no payment from any employer for the 60 days prior to filing the petition.

☒   I received no payment from any employer from __2/14/2020__ to __filing__ prior to the filing of the petition. Payment advices for the remainder of the 60-day period have been provided.

☐   I was self-employed. Net income for 60 days prior to filing the petition, itemized to show how the amount is calculated is (shown below or in the attachment).

_____Janee Rachelle Moon_____
Name of Debtor
Janee R. Moon

Instructions   File as a separate document on the date the voluntary petition is filed.
ECF Event:     Bankruptcy>Other>Debtor Evidence of No Employer Payments

3/18/2020                                                    Pay Stub Portal

| | | | | | | |
|---|---|---|---|---|---|---|
| **JANEE R COONEY** | | DOLGENCORP, LLC | | | | |
| 11 RAILROAD CIRCLE | | 100 MISSION RIDGE | | | | |
| LATHROP, MO 64465 | | GOODLETTSVILLE TN 37072 | | | | |
| US | | 1-877-218-0931 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Earnings Totals | | | Current | YTD |
| Pay Date | 02/07/2020 | Gross Pay | | | $25.99 | $25.99 |
| Advice # | 55862136 | Net Pay | | | $24.00 | $24.00 |
| Pay Period Start | 01/25/2020 | Deduction Totals | | | Current | YTD |
| | | Taxes | | | $1.99 | $1.99 |
| Pay Period End | 01/31/2020 | Other Deductions | | | | $0.00 |
| | | Earnings Detail | Rate | Hours/Units | Current | YTD |
| Department | 09367 | REGULAR | $9.45 | 2.75 | $25.99 | $25.99 |
| W-4 Fed Withholding | S | Deductions Detail | | | Current | YTD |
| | | FICA EE | | | $1.61 | $1.61 |
| SSN | xxxxx3175 | MEDICARE | | | $0.38 | $0.38 |
| | | Other Information | | | | |
| | | Employee ID | | | | 2525417 |
| | | Basis of Pay: Hourly | | | | Non-exempt |
| **Exemptions** | | Distributions | | | Current | |
| Fed | 0 | CHECKING ****7932 | | | $24.00 | |
| State | 0 | Messages | | | | |
| Local | 0 | W2 QUESTIONS - CALL 1-877-218-0931 - OPT 4 | | | | |

| | |
|---|---|
| **Employment Information** | |
| Pay Rate | $9.45 |
| Job Code | 432 |
| Job Shift | 1 |

3/18/2020                                                              Pay Stub Portal

| JANEE R COONEY | | DOLGENCORP, LLC | | | | |
|---|---|---|---|---|---|---|
| 11 RAILROAD CIRCLE | | 100 MISSION RIDGE | | | | |
| LATHROP, MO 64465 | | GOODLETTSVILLE TN 37072 | | | | |
| US | | 1-877-218-0931 | | | | |

| | | Earnings Totals | | | Current | YTD |
|---|---|---|---|---|---|---|
| Pay Date | 02/14/2020 | Gross Pay | | | $40.16 | $66.15 |
| Advice # | 55996324 | Net Pay | | | $22.09 | $46.09 |
| Pay Period Start | 02/01/2020 | Deduction Totals | | | Current | YTD |
| | | Taxes | | | $18.07 | $20.06 |
| Pay Period End | 02/07/2020 | Other Deductions | | | | $0.00 |
| | | Earnings Detail | Rate | Hours/Units | Current | YTD |
| Department | 09367 | REGULAR | $9.45 | 4.25 | $40.16 | $66.15 |
| W-4 Fed Withholding | S | Deductions Detail | | | Current | YTD |
| | | FICA EE | | | $2.49 | $4.10 |
| | | MEDICARE | | | $0.58 | $0.96 |
| SSN | xxxxx3175 | FED W/H | | | $10.00 | $10.00 |
| | | MO W/H | | | $5.00 | $5.00 |

**Additional Tax Withholding**

Other Information
Employee ID                                                  2525417
Basis of Pay: Hourly                                     Non-exempt

| Fed | $10.00 | Distributions | | Current |
|---|---|---|---|---|
| State | $5.00 | CHECKING ****7932 | | $22.09 |

Messages
REPORT EMPLOYEE DISHONESTY 1-800-334-9338

**Exemptions**

| Fed | 0 |
|---|---|
| State | 0 |
| Local | 0 |

**Employment Information**

| Pay Rate | $9.45 |
|---|---|
| Job Code | 432 |
| Job Shift | 1 |