**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✗ /s/ Daniel Allen             Date   04/11/2020
Signature of Attorney for Debtor        MM / DD /YYYY

Daniel Allen
Printed name

Allen & Associates, The Law Office Of Daniel L. Allen, LLC
Firm name

204 E. Kansas St.
Number   Street

Liberty                         MO       64068
City                            State    ZIP Code

Contact phone  8168423328       Email address  allenassociatesecf@gmail.com

51429                           MO
Bar number                      State