48. **Crops—either growing or harvested**
   - ☐ No
   - ☐ Yes. Give specific information. ............  [                    ]  $_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
   - ☐ No
   - ☐ Yes........................  [                    ]  $_____

50. **Farm and fishing supplies, chemicals, and feed**
   - ☐ No
   - ☐ Yes........................  [                    ]  $_____

51. **Any farm- and commercial fishing-related property you did not already list**
   - ☐ No
   - ☐ Yes. Give specific information. ............  [                    ]  $_____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here .................→  $ 0.00

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    - ☑ No
    - ☐ Yes. Give specific information. ............

54. Add the dollar value of all of your entries from Part 7. Write that number here .................→  $ 0.00

### Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 .................→  $ 0.00

56. Part 2: Total vehicles, line 5       $ 7,500.00

57. Part 3: Total personal and household items, line 15    $ 750.00

58. Part 4: Total financial assets, line 36    $ 348.05

59. Part 5: Total business-related property, line 45    $ 0.00

60. Part 6: Total farm- and fishing-related property, line 52    $ 0.00

61. Part 7: Total other property not listed, line 54    + $ 0.00

62. **Total personal property.** Add lines 56 through 61. ..........    $ 8,598.05    Copy personal property total → + $ 8,598.05

63. **Total of all property on Schedule A/B.** Add line 55 + line 62 ...............    $ 8,598.05