UNITED STATES BANKRUPTCY COURT
Western District of Missouri

In re:                                          )
                                                )
Janee Moon,                                     )
                        Debtor,                 )
                                                ) Case No. 20-50117
                                                )
                                                ) Chapter 7
                                                )

## VERIFICATION BY DEBTOR

I, Janee Moon, named as the Debtors in this case, declare under the penalty of perjury that we have read the:

      Schedule(s) _____ (A - J insert all that apply)

__X__   **Amended Schedule(s) Petition, Summary, A, B, C, Declaration, SOFA and Declaration Re: Electronic Filing     (A - J insert all that apply)**

      Conversion Schedule(s) _____ (A - J insert all that apply)

      Statement/Amended Statement of Financial Affairs

      Statement/Amended Statement of Intent

      Statement/Amended Statement of Current Monthly Income

      Matrix

      Other _____ (describe)

and that they are true and correct to the best of our knowledge, information, and belief.

Date: __4-13-2020__                    _Janee Moon_
                                       Janee Moon

Instructions:    File with original schedules or matrix not filed with the original petition or amended schedules/statements/matrix.  Must be prepared as a separate document and must contain image of the Debtors' signatures.  Docket as a separate event or as a separate attachment to the schedules/statements/matrix.
ECF Event:  If not filed as an attachment to the schedules/statements/matrix, but filed as a separate document use the event_ Bankruptcy>Other>Verification by Debtor.