UNITED STATES BANKRUPTCY COURT
Western District of Missouri

In re:                              )
                                    )
Janee Moon,                         )
            Debtor,                 )
                                    )  Case No. 20-50117
                                    )
                                    )  Chapter 7
                                    )
                                    )  Certificate of Service

**CERTIFICATE OF SERVICE**

Comes Now Debtor, Janee Moon, by and through her attorney of record, Daniel L. Allen 51429, and certifies that on April 14, Debtor served upon the Matrix and the Chapter 7 Trustee via first-class mail, postage prepaid, or electronic mail a true copy of her Amended Petition, Summary, Declaration of Assets, Schedules A, B, C and Statement of Financial Affairs.

RESPECTFULLY SUBMITTED,

Allen & Associates, The Law Office of
Daniel L. Allen, LLC

By: /s/ Daniel L. Allen
Daniel L. Allen 51429
204 E. Kansas St., Suite A
Liberty, MO 64068
816-842-3328
816-841-1397

Abbott, Osborn, Jacobs, PC
974-73rd St., Suite 20
West Des Moines, IA 50265


Alliance Radiology, PA
P. O. Box 3178
Indianapolis, IN 46206


Bank of America
P. O. Box 15102
Wilmington, DE 19886


Cavalry Portfolio Services
500 Summit Lake Drive
Suite 400
Valhalla, NY 10595


Cawley & Bergmann, LLC
550 Broad Street
Suite 1001
Newark, NJ 07102


Central States Recovery, Inc.
P.O. Box 3130
Hutchinson, KS 67504


Chase
Cardmember Services
P.O. Box 94014
Palatine, IL 60094


Chase
Cardmember Services
P. O. Box 94014
Palatine, IL 60094


Citi Bank
P.O. Box 6077
Sioux Falls, SD 57117


Citi Cards
P.O. Box 78045
Phoenix, AZ 85062


Citibank
P.O. Box 790057
Saint Louis, MO 63179


Commerce Bank
P. O. Box 49248
Kansas City, MO 64141

Community America Credit Union
11125 Ambassador Dr., STE 100
Kansas City, MO 64153


Credit Control, LLC
P.O. Box 546
Hazelwood, MO 63042


Emergent Care Plus, LLC
P.O. Box 843833
Los Angeles, CA 90084


Financial Recovery Services, Inc.
P.O. Box 385908
Minneapolis, MN 55438


GLCACI02
P.O. Bo 1280
Oaks, PA 19456


JCPenny
P.O. Box 960001
Orlando, FL 32896


Liberty Hospital
P.O. Box 1280
Oaks, PA 19456


Liberty Hospital Emergency Medicine Physician
P.O. Box 219951
Kansas City, MO 64121


MAWD Laboratory Partners, PA
P.O. Box 843133
Kansas City, MO 64183


MAWD Pathology Group, Inc.
P. O. Box 804910
Kansas City, MO 64180


Metro Emergency Physicians
P.O. Box 78009
Saint Louis, MO 63178


Midland Credit Management
P.O. Box 301030
Los Angeles, CA 90030


Midland Credit Management
350 Camino De La Reina
Suite 100
San Diego, CA 92108

N/A

```
National Enterprise Systems
2479 Edison Blvd., Unit A
Twinsburg, OH 44087


NCB Management Services Incorporated
P.O. Box 1099
Langhorne, PA 19047


Nemo's Investigations & Collections, Inc.
P.O. Box 30517
Phoenix, AZ 85046


Pittenger Law Group
6900 College Blvd., Suite 325
Shawnee Mission, KS 66211


Sam's Club
P.O. Box 530942
Atlanta, GA 30353


Spire
Drawer 2
Saint Louis, MO 63171


St. Luke's Health System
P.O. Box 803998
Kansas City, MO 64180


State Collection Service, Inc.
2509 S. Stoughton Road
Madison, WI 53716


State Collection Services, Inc.
2509 S. Stoughton Road
Madison, WI 53716


Synchrony Bank
Attn:  BK Department
P.O. Box 965004
Orlando, FL 32896


Toyota Motor Credit
P.O. Box 105386
Atlanta, GA 30348


University Health Physician
2310 Holmes Suite 800
Kansas City, MO 64108-2602
```