Certificate Number: 06531-MOW-DE-034665628

Bankruptcy Case Number: 20-50117



06531-MOW-DE-034665628

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 14, 2020, at 4:04 o'clock PM CDT, Janee Moon completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Missouri.

Date: July 14, 2020

By: /s/Connie Krosch

Name: Connie Krosch

Title: Certified Credit Counselor